

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2018

No. 04-18-00415-CR

Gilberto **CARREON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3963
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After this court granted appellant's first motion for extension of time, appellant's brief was due October 4, 2018. Appellant has now filed a second motion for extension of time, asking for an additional thirty days in which to file the brief. After review, we GRANT appellant's motion and ORDER appellant to file his brief in this court on or before November 5, 2018 – the actual thirtieth day, November 3, 2018, is a Saturday, so the brief is due the following Monday, November 5, 2018. See Tex. R. App. P. 4.1(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court